No. 1011, Misc. ELSTEN *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 1058, Misc. SMITH *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Raymond H. Kierr* for petitioner.

No. 7, Misc. JACKSON *v.* PENNSYLVANIA;
No. 186, Misc. SMITH *v.* PENNSYLVANIA;
No. 376, Misc. GODFREY *v.* BANMILLER, WARDEN;
No. 487, Misc. PENNSYLVANIA EX REL. HARRIS *v.* MARONEY, WARDEN;
No. 519, Misc. PENNSYLVANIA EX REL. SMITH *v.* MARONEY, WARDEN;
No. 522, Misc. PENNSYLVANIA EX REL. MOYER *v.* MARONEY, WARDEN;
No. 535, Misc. ADAMS *v.* BANMILLER, WARDEN;
No. 572, Misc. PENNSYLVANIA EX REL. HAUN *v.* MARONEY, WARDEN, ET AL.;
No. 615, Misc. BROWN *v.* MARONEY, WARDEN;
No. 804, Misc. LUZZI *v.* BANMILLER, WARDEN; and
No. 869, Misc. SLAUGHENHAUPT *v.* MARONEY, WARDEN. On petitions for writs of certiorari to the Supreme Court of Pennsylvania. In view of the representations by the Attorney General of Pennsylvania that the Supreme Court of Pennsylvania has agreed to allow the filing of appeals by indigent litigants without the payment of the required statutory filing fees, the petitions for writs of certiorari are denied. *Anne X. Alpern,* Attorney General of Pennsylvania, and *Frank P. Lawley, Jr.,* Deputy Attorney General, for respondents. *Victor H. Blanc* also for respondent in No. 7, Misc., and No. 186, Misc.